## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTH DAKOTA

## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR** |
| | ) | **WRIT OF ERROR CORAM NOBIS** |
| vs. | ) | |
| | ) | |
| Michael Howard Hunter, | ) | |
| | ) | Case No. 1:01-cr-55 |
| Defendant. | ) | |

Before the Court is Michael Howard Hunter's pro se motion for a writ of error coram nobis pursuant to 28 U.S.C. §1651(a), the "all writs" section of the federal code.  This is the second such motion Hunter has filed in the last 30 days.  The first motion was filed December 26, 2007, and denied on January 3, 2008.  The current motion was filed January 15, 2008, and raises essentially the same arguments as the first motion relating to his mental health problems and the alleged invalidity of his guilty plea.  He also now adds an argument that he is "factually innocent" because he was just joking and did not use any force during the bank robbery.  Hunter has raised nothing new which would change the Court's opinion that the grant of a writ of error coram nobis is not warranted.  The motion will be denied for this reason and for the reasons stated in the Court's order dated January 3, 2008.

Accordingly, Hunter's motion for a writ of error coram nobis is **DENIED**.  The motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2008.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court

1