**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR** |
| | ) | **WRIT OF ERROR CORAM NOBIS** |
| vs. | ) | |
| | ) | |
| Michael Howard Hunter, | ) | |
| | ) | Case No. 1:01-cr-55 |
| Defendant. | ) | |

Before the Court is Michael Howard Hunter's pro se motion for a writ of error coram nobis pursuant to 28 U.S.C. §1651(a), the "all writs" section of the federal code. The motion was filed on February 11, 2009. This is the fourth such motion Hunter has filed in the last year. The first two motions were denied in January 2008. The denial of the first motion was summarily affirmed by the Eighth Circuit Court of Appeals on March 20, 2008. The third motion was denied on May 22, 2008. Hunter appealed. The denial of the third motion was summarily affirmed by the Eighth Circuit Court of Appeals on August 27, 2008. The substance of the current motion is essentially the same as the three previous motions. This Court's opinion that the grant of a writ of error coram nobis is not warranted remains unchanged. The motion will be denied for reasons stated in the Court's orders dated January 3, 2008, January 17, 2008, and May 22, 2008.

Accordingly, Hunter's motion for a writ of error coram nobis is **DENIED**. The motion for appointment of counsel is also **DENIED**.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2009.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court